# EXHIBIT D

**REED SMITH LLP**
*Formed in the State of Delaware*
**Mark S. Melodia, Esquire**
**Princeton Forrestal Village**
**136 Main Street, Suite 250**
**Princeton, New Jersey 08540**
**(609) 987-0050**
**Attorneys for Defendant**
**Nokia Siemens Networks US, LLC**

| | |
|---|---|
| ADVANCED TECHNOLOGIES AND INSTALLATION CORPORATION d/b/a TELECOM NETWORK SPECIALISTS, a Washington Corporation, | SUPERIOR COURT OF NEW JERSEY SOMERSET COUNTY, LAW DIVISION |
| Plaintiff, | DOCKET NO. L-1940-09 |
| | *Civil Action* |
| v. | **NOTICE OF FILING OF NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** |
| NOKIA SIEMENS NETWORKS US, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

**TO:** Clerk of the Superior Court of New Jersey
Hughes Justice Complex
25 West Market Street
P.O. Box 971
Trenton, New Jersey 08625

Clerk of the Superior Court of New Jersey, Somerset County
Clerk's Office
20 North Bridge Street
Somerville, New Jersey 08876

John F. Neary, Esquire
Florio, Perrucci Steinhardt & Fader, LLC
218 Route 17 North, Suite 300
Rochelle Park, New Jersey 07662
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on this 10th day of December, 2009, Nokia Siemens Networks US, LLC ("NSN"), a Defendant named in the above-captioned action, filed a Notice of Removal of this action from the Superior Court of New Jersey, Law Division, Somerset County, New Jersey to the United States District Court for the District of New Jersey with the District Court. A true and correct copy of that filing is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. §1446(d), the Superior Court, Law Division, shall proceed no further unless and until this action is remanded.

**REED SMITH LLP**
Attorneys for Defendant
Nokia Siemens Networks US, LLC

By: _____
Mark S. Melodia

**REED SMITH LLP**
*Formed in the State of Delaware*
**Mark S. Melodia, Esquire**
**Princeton Forrestal Village**
**136 Main Street, Suite 250**
**Princeton, New Jersey 08540**
**(609) 987-0050**
**Attorneys for Defendant**
**Nokia Siemens Networks US, LLC**

| | |
|---|---|
| ADVANCED TECHNOLOGIES AND INSTALLATION CORPORATION d/b/a TELECOM NETWORK SPECIALISTS, a Washington Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>NOKIA SIEMENS NETWORKS US, LLC, a Delaware Limited Liability Company,<br><br>            Defendants. | SUPERIOR COURT OF NEW JERSEY SOMERSET COUNTY, LAW DIVISION<br><br>DOCKET NO. L-1940-09<br><br>*Civil Action*<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on December 10, 2009, an original and two copies of the foregoing Notice of Filing of Notice of Removal was filed with the Clerk of the Superior Court of New Jersey, Hughes Justice Complex, 25 West Market Street, P.O. Box 971, Trenton, New Jersey 08625 via overnight delivery. A courtesy copy of the Notice of Filing of Notice of Removal was also sent to Clerk of the Superior Court of New Jersey, Somerset County, Civil Records Office, 20 North Bridge Street, Somerville, New Jersey 08876.

A copy of the Notice of Filing of Notice of Removal was also served via overnight delivery upon the following:

John F. Neary, Esquire
Florio, Perrucci Steinhardt & Fader, LLC
218 Route 17 North, Suite 300
Rochelle Park, New Jersey 07662
*Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

Mark S. Melodia

Dated: December10, 2009