**REED SMITH LLP**
*Formed in the State of Delaware*
Mark S. Melodia, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel. (609) 520-6015
Attorneys for Defendant, Nokia Siemens Networks US LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY- TRENTON VICINAGE

| | |
|---|---|
| ADVANCED TECHNOLOGIES AND INSTALLATION CORPORATION d/b/a TELECOM NETWORK SPECIALISTS,<br><br>Plaintiffs,<br><br>v.<br><br>NOKIA SIEMENS NETWORKS US LLC,<br><br>Defendants. | Civil Action No. 3:09-CV-06233 (FLW) (TJB)<br><br><br><br>**NOTICE OF MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS** |

To:  John F. Neary, Esq.
     Florio Perrucci Steinhardt & Fader, LLC
     218 Route 17 North, Suite 300
     Rochelle Park, New Jersey 07762

**PLEASE TAKE NOTICE THAT**, on February 1, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Nokia Siemens Networks US LLC ("NSN"), will move at the United States District Court for the District of New Jersey located at the Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street, Trenton, NJ 08608, before the Honorable Freda L. Wolfson, U.S.D.J., for

an Order for Transfer to the United States District for the Northern District of Texas, pursuant to 28 U.S.C. §1404(a), of the Complaint filed by Plaintiff Advanced Technologies and Installation Corporation d/b/a Telecom Network Specialists.

**PLEASE TAKE FURTHER NOTIC**E that in support of its motion NSN will rely upon its Brief in Support of Motion to Transfer Venue to the Northern District of Texas, Declaration of Mark S. Melodia, Esquire and the documents attached thereto, and the Declaration of Brian Pemberton.

**PLEASE TAKE FURTHER NOTICE** that oral argument is respectfully requested.

        **REED SMITH LLP**

        By: s/Mark S. Melodia
            Mark S. Melodia

        Attorneys for Defendant,
        Nokia Siemens Networks US LLC

Dated: January 6, 2010